# PETTY OFFENSE MINUTE SHEET

Case No.: 5:17-po-00083

Violation No(s).: Optional ticket

Date: September 12, 2017

---

Defendant: Mohammad I. Khan              Counsel: Waived

---

PRESENT:  Judge: Hon. Joel C. Hoppe, USMJ
          Deputy Clerk: Joyce C. Jones          Time in court: 3:24-3:27; 3:38-4:00=25 min.
          Court Reporter: FTR/J. Jones
          AUSA: Thomas Duncombe
          Ranger: Smith
          USPO: Jason Jones

☒ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.

☒ Defendant waives counsel; advises court wishes to proceed today without counsel.

☐ Defendant requests appointment of counsel.     ☐ Court grants request for appointment of counsel.

☐ Defendant moves for continuance. Court trial continued to -

DEFENDANT PLEADS:

| CASE NO(S). | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 5:17-po-00083 | - | X | _ | - |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |

☐ Defendant sworn, questioned and advised of rights on plea of guilty. Government proffers/presents evidence to support plea and rests.

☒ Court trial held. Evidence by Government. Ranger Smith sworn and testified. Evidence by defendant. Defendant sworn and testified. Cross by Government.

Comments:

DISPOSITION:

| CASE NO(S). | GUILTY | NOT GUILTY | DISMISSED | SENTENCE |
|---|---|---|---|---|
| 5:17-po-00083 | X | _ | _ | Charge amended to Speeding 44/25. Fined $110; assessed $10 court costs and $30 processing fee. |
| # | _ | _ | _ | - |
| # | _ | _ | _ | - |
| # | = | = | = | - |

☐ Government presents evidence regarding sentencing and rests.
☐ Defendant presents evidence regarding sentencing and rests.
☐ Court orders presentence report.  Sentencing set for _____.
☐ Government moves for detention.
☐ Government does not oppose bond.
☐ Detention/Bond Hearing held.
☐ Defendant released on bond.  Bond set at $_____

Additional information: